UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERTA GRAHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | **JUDGMENT<br>ON ATTORNEY FEES**<br>7:17-CV-41-BO |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $9,000.00 sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $2,850.00 and upon the payment of such sums, this case is dismissed with prejudice.

**This judgment filed and entered on June 21, 2023, and served on:**
Charlotte Williams Hall (via CM/ECF NEF)
Marc D. Epstein (via CM/ECF NEF)
Cassia W. Parson (via CM/ECF NEF)
Wanda D. Mason (via CM/ECF NEF)

June 21, 2023

PETER A. MOORE, JR., CLERK

 /s/Lindsay Stouch
By: Deputy Clerk